UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRIAN ROSATO,

                        Plaintiff,

- vs -

                        Case No.
C.R. BARD INCORPORATED and     5:20-cv-00388 (GTS/ML)
BARD PERIPHERAL VASCULAR INCORPORATED,

                        Defendants.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Brian Rosato and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

Dated: April 16, 2020.                 Respectfully submitted,

_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488

By:___/s/ James F. Rogers_____
James F. Rogers, Esq. (*pro hac*)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com

F: (954) 212-2757  
Email: rjf@fenstersheib.com  
*Attorney for Plaintiff*

Fax: 716-853-8109  
Viviana M. Quinn, Esq.@nixonpeabody.com  
Bar Roll No. 509083  
NIXON PEABODY LLP  
40 Fountain Plaza, Suite 500  
Buffalo, New York 14202  
Tel: (716) 853-8100  
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*

IT IS SO ORDERED:

Hon. Glenn T. Suddaby  
Chief U.S. District Judge

Dated: _____4/16/2020_____  
Syracuse, NY