UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WAYNE DORAN, ET AL. [AS IT RELATES TO
PLAINTIFF MARIA ZACKOWSKI]

Plaintiff,

- vs -

Case No.

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR INCORPORATED,

5:19-CV-1126 (GTS/ML)

Defendants.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Maria Zackowski, and Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

Dated: July 13, 2020                    Respectfully submitted,

Fleming, Nolen & Jez, L.L.P

By: /s/ Rand Patrick Nolen
Rand Patrick Nolen
2800 Post Oak Blvd.
Suite 4000
Houston, TX 77056
Tel: (713) 621-7944
Email: rand_nolen@fleming-law.com

*Attorney for Plaintiff*

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:____ /s/ James F. Rogers_____
      James F. Rogers, Esq. (*pro hac*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com


NIXON PEABODY LLP
Vivian M. Quinn, Esq.
Bar Roll No. 509083
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard
Incorporated and Bard Peripheral Vascular
Incorporated*


IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 7/14/2020
       Syracuse, NY