UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WAYNE DORAN, ET AL. [AS IT RELATES TO PLAINTIFF PAUL KELLY]

Plaintiff,

- vs -

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR INCORPORATED,

Defendants.

Case No.
3:20-cv-00370-GTS-ML

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Paul Kelly, and Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

Dated: August 26, 2020                    Respectfully submitted,

MARTIN BAUGHMAN, PLLC

By: /s/ Laura Baughman
Laura Baughman, Esq.
Kristi Wood, Esq.
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel: (214) 761-6614

*Attorneys for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     /s/ James F. Rogers
         James F. Rogers, Esq. (*pro hac*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com

NIXON PEABODY LLP
Vivian M. Quinn, Esq.
Bar Roll No. 509083
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: ____8/27/2020_____
         Syracuse, NY