UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE DORAN [AS IT RELATES TO PLAINTIFFS HENRY AND BRENDA BINGELL, KATHRYN DOWNS, DAVID AND JUDY JACKMAN, JUSTINE JAKUBOWSKI, PETER AND SUSAN MICHALSKI, KENYA AND AMANDO ROLDAN, GARY AND ELAINE SARGEANT, AND ZAQUAN WALLEY] | Lead Case No: 5:19-cv-1126-GTS |
| Plaintiffs, | Member Case Nos: 6:20-cv-00369-GTS-ML 8:20-cv-00371-GTS-ML 8:20-cv-00372-GTS-ML |
| v. | 6:20-cv-00390-GTS-ML 5:20-cv-00393-GTS-ML 5:20-cv-00386-GTS-ML |
| C.R. BARD, Inc., ET AL. | 8:20-cv-00373-GTS-ML 1:20-cv-00375-GTS-ML |
| Defendants. | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs, Henry and Brenda Bingell, Kathryn Downs, David and Judy Jackman, Justine Jakubowski, Peter and Susan Michalski, Kenya and Amando Roldan, Gary and Elaine Sargeant, and Zaquan Walley, and Defendants C.R. Bard Incorporated and Bard PeripheralVascular Incorporated,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs, Henry and Brenda Bingell, Kathryn Downs, David and Judy Jackman, Justine Jakubowski, Peter and Susan Michalski, Kenya and Amando Roldan, Gary and Elaine Sargeant, and Zaquan Walley are dismissed without prejudice as to all claims against all Defendants, and the parties are to bear their own costs.

- 2 -

Dated this  18th  day of  March       , 2021

                                   _____
                                   Hon. Glenn T. Suddaby
                                   Chief U.S. District Judge