# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE DORAN [AS IT RELATES TO PLAINTIFFS EUGENE EDWARD BUSH, KAREN DREA, AND NORMAN WENNET]<br><br>　　　　Plaintiff,<br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation, BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C. R. BARD, INC.), an Arizona Corporation,<br><br>　　　　Defendants. | Lead Case No.<br>5:19-cv-1126-GTS-ML<br><br>Member Case No.:<br>8:21-cv-00216-GTS-ML<br>3:21-cv-00217-GTS-ML<br>1:21-cv-00219-GTS-ML |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs in the above-titled action ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" or "Bard") (collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: ___8/25/2021___
Syracuse, NY

Respectfully submitted this 25th day of August, 2021.

/s/ Kelly Chermack
Kelly Chermack (*pro hac*)
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
kchermack@fnlawfirm.com
Tel: (214) 890-0711

*Attorney for Plaintiff*

By:   /s/ James F. Rogers
James F. Rogers, Esq. (*pro hac*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com

Vivian M. Quinn, Esq.
NIXON PEABODY LLP
Bar Roll No. 509083
40 Fountain Plaza, Suite 400
Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*