UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD EUGENE BUSH,<br><br>                          Plaintiff,<br><br>- vs -<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>                          Defendants. | Case No.<br>8:21-cv-00216 (GTS/ML) |

## AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff in the above-titled action ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" or "Bard") (collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of the claims in this action without prejudice as to Defendants, C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise provided for in the Parties' settlement agreement.

Dated: September 2, 2021

FEARS NACHAWATI, LLP

By:\_\_\_/s/ Kelly Chermack
Kelly Chermack, Esq. (*pro hac*)
5473 Blair Road
Dallas, TX 75231
Tel: (214) 890-0711
Email: kchermack@fnlawfirm.com

*Attorneys for Plaintiff*

Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:\_\_\_/s/ James F. Rogers
James F. Rogers, Esq. (*pro hac*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email: jim.rogers@nelsonmullins.com

Vivian M. Quinn, Esq.
NIXON PEABODY LLP
Bar Roll No. 509083
40 Fountain Plaza, Suite 400

IT IS SO ORDERED:

*[signature]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: __9/2/2021__
          Syracuse, NY

Buffalo, New York 14202
Tel: (716) 853-8100
Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*