UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE DORAN [AS IT RELATES TO PLAINTIFF DANIEL FABRE],<br><br>                                         Plaintiff,<br><br>- vs -<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>                                         Defendants. | Lead Case No.<br>5:19-cv-01126-GTS-ML<br><br>Member Case No.<br>3:20-cv-00438-GTS-ML |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *without prejudice* against all Defendants, with each party to bear its own costs.

Dated: February 21, 2022            Respectfully submitted,

MARTIN BAUGHMAN, PLLC

By:/s/ Laura Baughman
Laura J. Baughman
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel: (214)-761-6614
Email: lbaughman@baughman.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:      /s/ James F. Rogers
Joseph E. Fornadel, Esq. (*pro hac*)
James F. Rogers, Esq. (*pro hac*)
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9489
Email:joe.fornadel@nelsonmullins.com
Email: jim.rogers@nelsonmullins.com

NIXON PEABODY LLP
Vivian M. Quinn, Esq.
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100

IT IS SO ORDERED:

*[signature: Glenn T. Suddaby]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 2/22/2022
        Syracuse, NY

Email: vquinn@nixonpeabody.com

*Attorneys for Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated*